IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERYN PIPPINGER | : | CIVIL ACTION |
| v. | : | |
| BIMBO BAKERIES USA, INC. | : | NO. 24-2533 |

## **O R D E R**

AND NOW, this 30th day of September 2024, upon consideration of Plaintiff's Amended Complaint (Doc. 12), Defendant's Motion to Dismiss Count II of the Amended Complaint (Doc. 16-1), Plaintiff's response in opposition (Doc. 17), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the MOTION IS GRANTED IN PART AND DENIED IN PART.

The motion is DENIED to the extent Plaintiff's quid pro quo harassment claim is based on the job opportunity to work in the corporate office in Horsham, PA. In all other respects, the Motion is GRANTED.

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.